# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D19-0338

———————————————

JOSEPH L. MCDANIELS,

    Petitioner,

v.

MARGARET A. MCDANIELS,

    Respondent.

———————————————

Petition for Writ of Prohibition—Original Jurisdiction.

March 15, 2019

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

ROBERTS, RAY, and WINSOR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Joseph L. McDaniels, pro se, Petitioner.

Beth M. Terry of the Law Office of Beth M. Terry, P.A., Jacksonville, for Respondent.